445 A.2d 102

**ESTATE OF Kenneth I. SEIDEL, Deceased, Late of Maxatawny Township, Berks County.**

**Appeal of Joyce OSWALD, Exceptant**

Supreme Court of Pennsylvania.

Argued April 22, 1982.

Decided May 19, 1982.

Robert P. Grim, David A. Binder, Reading, for appellant.

Craig S. Boyd, Boyertown, for Est. of Seidel.

Lee D. Mescolotto for Esther M. Seidel.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

DECREE

PER CURIAM.

Decree affirmed. Each party pay own costs.